Before the Second Division, August 30, 1938

No. 39294.—Protest 259902–G of John Wanamaker (New York).

Opinion by Tilson, J. On the established facts artificial flowers were held dutiable at 60 percent ad valorem under paragraph 1419, Tariff Act of 1922; articles in chief value of compounds of cellulose at 60 percent under paragraph 31; and embroideries or embroidered articles similar to those involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) at 75 percent under paragraph 1430.

No. 39295.—Protests 929122–G, etc., of Torino Trading Corporation (New York).

Opinion by Kincheloe, J. The examiner testified that the sole test applied in determining if a rug is an imitation oriental rug is whether it is an oriental design, and that the rugs in question were of colonial design. The evidence failing to show that the design imitates or is typical of a real oriental rug the protests were overruled.

No. 39296.—Protests 529492–G, etc., of Wright & Graham Co., Inc. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 39297.—Protest 953938–G of Moller Products Corp. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

No. 39298.—Protest 941456–G of Nippon Dry Goods Co. (San Francisco).

Opinion by Kincheloe, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protest was sustained.

No. 39299.—Protests 910507–G, etc., of Butler Bros. et al. (Seattle and San Francisco).

Opinion by Kincheloe, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) the protests were dismissed.